1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT

9

FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

ROBERT CRAIG, et al.,

No.  1:22-cv-00551-NODJ-BAM

12

Plaintiffs,

13

v.

ORDER GRANTING STIPULATION REGARDING PLAINTIFFS' FEES, COSTS, AND EXPENSES

14

FCA US, LLC,

15

Defendant.

(ECF No. 35)

16

17

On September 13, 2023, Plaintiffs Robert Craig and Nancy Craig filed a notice of

18

acceptance of Defendant FCA US, LLC's offer of judgment pursuant to Federal Rule of Civil

19

Procedure 68.[1]  (ECF No. 29.)  Defendant agreed that Plaintiffs' acceptance of the offer would

20

make them entitled to reasonable attorney's fees and costs.  (*Id.* at 5.)  On September 18, 2023,

21

the Court granted the parties' stipulation to entry of judgment and the Clerk of Court entered

22

judgment.  (ECF Nos. 30, 31.)  Rather than litigate reasonable attorney's fees, costs, and

23

expenses, the parties filed a joint stipulation on December 14, 2023.  (ECF No. 35.)  The parties

24

agree that Defendant will pay Plaintiffs' attorney's fees, costs, and expenses in the sum of

25

$11,500.00.  (*Id.* at 2.)  They further agree that Defendant will make this payment by

26

February 14, 2024.  (*Id.*)

27

/////

28

---

[1] Plaintiffs categorized their notice as a request for entry of judgment pursuant to FRCP 68(a).  (ECF No. 29.)

1

1      Accordingly,

2      1.     Good cause appearing, the Court grants the parties' stipulation;

3      2.     Defendant shall pay Plaintiffs' reasonable attorney's fees, costs, and expenses in

4      the amount of $11,500.00 by February 14, 2024; and

5      3.     Payment shall be made to Plaintiff's counsel, Tionna Carvalho, at:

Tionna Carvalho
Strategic Legal Practices, APC
1888 Century Park East, 19th Floor
Los Angeles, CA 90067

10      IT IS SO ORDERED.

DATED:  January 3, 2024.

CHIEF UNITED STATES DISTRICT JUDGE

2